UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTONIO ALVARADO,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant,
_____/

Case No.  1:08-cv-93

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (Dkt. #4) filed by United States Magistrate Judge Ellen S. Carmody in this action.  The Report and Recommendation was duly served on the parties.  No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that this action is **DISMISSED without prejudice for failure to timely effect service**.

**This action is terminated.**

Date:  February 24, 2009

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District